UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT BASSETT, : | |
| Plaintiff, : | |
| v. : | No. 2:13-cv-5583 |
| : | |
| SOCIAL SECURITY ADMINISTRATION, : | |
| Defendant. : | |

# **O R D E R**

**AND NOW**, this 19th day of November, 2015, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation, ECF No. 19, is **ADOPTED**;

2. Plaintiff's request for review is **DENIED**; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge